Carey 



IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-152-CV





LAWRENCE ANDREW CAREY,



 APPELLANT


vs.





TERRI RENEE MONTAGUE, FORMERLY TERRI RENEE CAREY,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT



NO. 385,962, HONORABLE JERRY DELLANA, JUDGE PRESIDING



 





PER CURIAM



 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.



Before Justices Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: December 22, 1993

Do Not Publish